United States Bankruptcy Court
District of Colorado

In re:  Case No. 21-13958-EEB
Edward Anthony Romero, Jr.  Chapter 13
Sarah Anne Romero
    Debtors

# CERTIFICATE OF NOTICE

District/off: 1082-1 | User: admin | Page 1 of 4
Date Rcvd: Aug 02, 2021 | Form ID: 822 | Total Noticed: 51

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Edward Anthony Romero, Jr., Sarah Anne Romero, 17441 E. Arizona Ave., Aurora, CO 80017-4206 |
| tr | + | Douglas B. Kiel, Douglas B. Kiel, Chapter 13 Trustee, Chapter 13 Trustee, 7100 E Belleview Ave, Ste. 300 Greenwood Village, CO 80111-1637 |
| 19073985 | + | Allegiant Receivables Solutions Inc, 12191 W. 64th Ave #210, Arvada, CO 80004-4030 |
| 19073991 | + | Caliber Home Loans, 715 S Metropolitan Ave, Oklahoma City, OK 73108-2054 |
| 19074005 | + | Department Store National Bank/Macy's, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 19074006 | | Falk Rocky Moutain, 1070 E. Bethany Dr., Aurora, CO 80014 |
| 19073980 | + | Fed loan Service, PO Box 69184, Harrisburg, PA 17106-9184 |
| 19074007 | + | GreenSky Credit, Attn Bankruptcy, Po Box 29429, Atlanta, GA 30359-0429 |
| 19074024 | + | Portfolio Recovery Associates, LLC, 4600 S Syracuse St # 900, Denver, CO 80237-2701 |
| 19074025 | + | Portfolio Recovery Associatesl LLC, 4600 S. Syracuse Street, #900, Denver, CO 80237-2701 |
| 19073984 | + | Special Assistant US Attorney Office, 1801 California Streetm Suite 1600, Denver, CO 80202-2628 |
| 19074031 | + | The Bureaus Inc, 650 Dundee Road, Northbrook, IL 60062-2747 |
| 19074030 | + | The Bureaus Inc, Attn Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 19073983 | | U.S. Department of Justice, Attn Jefferson Sessions - Attorney Gen., 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001 |
| 19073981 | | Veteran's Administration, 155 Van Gordon St, Lakewood, CO 80228-1709 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: Roberson@JustAskJane.info | Aug 02 2021 21:46:00 | Jane M. Roberson, 720 S. Colorado Blvd., Ste., 630-S, Denver, CO 80246 |
| 19073986 | | Email/Text: BANKRUPTCY@BELLCO.ORG | Aug 02 2021 21:46:00 | Bellco Credit Union, Attn Bankruptcy, Po Box 6611, Greenwood Village, CO 80111 |
| 19073988 | | Email/Text: BANKRUPTCY@BELLCO.ORG | Aug 02 2021 21:46:00 | Bellco Credit Union, Pob 6611, Greenwood Village, CO 80155 |
| 19073990 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Aug 02 2021 21:47:00 | Caliber Home Loans, Attn Cash Operations, Po Box 24330, Oklahoma City, OK 73124-0330 |
| 19073992 | + | EDI: CAPITALONE.COM | Aug 03 2021 01:53:00 | Capital One Bank, Po Box 60599, City Of Industry, CA 91716-0599 |
| 19073994 | + | Email/Text: bankruptcy@cavps.com | Aug 02 2021 21:46:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Valhalla, NY 10595-2322 |
| 19073993 | + | Email/Text: bankruptcy@cavps.com | Aug 02 2021 21:46:00 | Cavalry Portfolio Services, Attn Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2322 |
| 19073998 | + | EDI: CITICORP.COM | Aug 03 2021 01:53:00 | Citibank, PO Box 769006, San Antonio, TX 78245-9006 |
| 19073997 | + | EDI: CITICORP.COM | Aug 03 2021 01:53:00 | Citibank, PO Box 790040, Saint Louis, MO 63179-0040 |

| District/off: 1082-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 02, 2021 | Form ID: 822 | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| 19073978 | | Email/Text: bankruptcy@coag.gov | Aug 02 2021 21:47:00 | Colorado Attorney General, 1525 Sherman St Ste 700, Denver, CO 80203-1700 |
| 19073977 | | EDI: CODEPREV.COM | Aug 03 2021 01:53:00 | Colorado Department of Revenue, Attn Bankruptcy Unit, Room 504, 1375 Sherman Street, Denver, CO 80261-0001 |
| 19074000 | | EDI: WFNNB.COM | Aug 03 2021 01:53:00 | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 19074001 | + | EDI: WFNNB.COM | Aug 03 2021 01:53:00 | Comenitybank/Jared, Attn Bankruptcy, Po Box 182273, Columbus, OH 43218-2273 |
| 19074002 | + | EDI: WFNNB.COM | Aug 03 2021 01:53:00 | Comenitybank/Jared, Po Box 182789, Columbus, OH 43218-2789 |
| 19074003 | + | EDI: WFNNB.COM | Aug 03 2021 01:53:00 | Commenity Bank, PO Box182125, Columbus, OH 43218-2125 |
| 19074004 | + | EDI: CITICORP.COM | Aug 03 2021 01:53:00 | Department Store National Bank/Macy's, Attn Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 19074008 | + | Email/Text: bankruptcy@greenskycredit.com | Aug 02 2021 21:46:00 | GreenSky Credit, 1797 Ne Expressway, Atlanta, GA 30329-7803 |
| 19073979 | | EDI: IRS.COM | Aug 03 2021 01:53:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 19073995 | | EDI: JPMORGANCHASE | Aug 03 2021 01:53:00 | Chase Card Services, Attn Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 19073996 | | EDI: JPMORGANCHASE | Aug 03 2021 01:53:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 19074010 | + | Email/Text: Bankruptcy@jmlaw.com | Aug 02 2021 21:47:00 | Johnson Mark LLC, P.O. Box 7811, Sandy, UT 84091-7811 |
| 19074011 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 02 2021 21:46:00 | Kohls/Capital One, Attn Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 19074012 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 02 2021 21:46:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 19074013 | | Email/PDF: HCABKNotifications@resurgent.com | Aug 02 2021 22:01:36 | Medical Center Of Aurora, 27400, PO Box 740760, Cincinnati, OH 45274-0760 |
| 19074017 | + | EDI: MID8.COM | Aug 03 2021 01:53:00 | Midland Fund, 320 East Big Beaver, Troy, MI 48083-1238 |
| 19074014 | + | EDI: MID8.COM | Aug 03 2021 01:53:00 | Midland Fund, Attn Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 19074022 | | EDI: PRA.COM | Aug 03 2021 01:53:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 19074020 | | EDI: PRA.COM | Aug 03 2021 01:53:00 | Portfolio Recovery Associates, LLC, Attn Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 19073982 | | EDI: NAVIENTFKASMSERV.COM | Aug 03 2021 01:53:00 | Sallie Mae, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 19075831 | + | EDI: RMSC.COM | Aug 03 2021 01:53:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 19074027 | + | EDI: RMSC.COM | Aug 03 2021 01:53:00 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 19074026 | | EDI: RMSC.COM | Aug 03 2021 01:53:00 | Synchrony Bank, Attn Bankruptcy Dept., PO BOx 965060, Orlando, FL 32896-5060 |
| 19074028 | + | EDI: RMSC.COM | Aug 03 2021 01:53:00 | Synchrony Bank/Lowes, Attn Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

| District/off: 1082-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 02, 2021 | Form ID: 822 | Total Noticed: 51 |

| 19074029 | + EDI: RMSC.COM | | Aug 03 2021 01:53:00 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 19074033 | EDI: WFFC.COM | | Aug 03 2021 01:53:00 | Wells Fargo Bank NA, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 19074032 | + EDI: WFFC.COM | | Aug 03 2021 01:53:00 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 19073987 | *P++ | BELLCO CREDIT UNION, P O BOX 6611, GREENWOOD VILLAGE CO 80155-6611, address filed with court:, Bellco Credit Union, Attn Bankruptcy, Po Box 6611, Greenwood Village, CO 80111 |
| 19073989 | *P++ | BELLCO CREDIT UNION, P O BOX 6611, GREENWOOD VILLAGE CO 80155-6611, address filed with court:, Bellco Credit Union, Pob 6611, Greenwood Village, CO 80155 |
| 19073999 | * | Colorado Department of Revenue, Attn Bankruptcy Unit, Room 504, 1375 Sherman Street, Denver, CO 80261-0001 |
| 19074009 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 19074018 | *+ | Midland Fund, 320 East Big Beaver, Troy, MI 48083-1238 |
| 19074019 | *+ | Midland Fund, 320 East Big Beaver, Troy, MI 48083-1238 |
| 19074015 | *+ | Midland Fund, Attn Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 19074016 | *+ | Midland Fund, Attn Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 19074023 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 19074021 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2021                    Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Douglas B. Kiel | ecfmail@denver13.com |
| Jane M. Roberson | on behalf of Debtor Edward Anthony Romero Jr. Roberson@JustAskJane.info |
| Jane M. Roberson | on behalf of Debtor Sarah Anne Romero Roberson@JustAskJane.info |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Aug 02, 2021 | Form ID: 822 | Total Noticed: 51 |
| TOTAL: 4 | | |

Case:21-13958-MER   Doc#:12   Filed:08/04/21   Entered:08/04/21 22:22:09   Page4 of 7

| | | |
|---|---|---|
| Information to identify the case: | | |
| Debtor 1: | Edward Anthony Romero Jr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN:  xxx–xx–6260<br>EIN:  _ _ – _ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Sarah Anne Romero<br>First Name   Middle Name   Last Name | Social Security number or ITIN:  xxx–xx–3916<br>EIN:  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court:  District of Colorado | | Date case filed for chapter:   13   7/30/21 |
| Case number:  21–13958–EEB | | |

Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                                                                                12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Edward Anthony Romero Jr. | Sarah Anne Romero |
| 2. | **All other names used in the last 8 years** | aka Edward Anthony Romero | |
| 3. | **Address** | 17441 E. Arizona Ave.<br>Aurora, CO 80017 | 17441 E. Arizona Ave.<br>Aurora, CO 80017 |
| 4. | **Debtor's attorney**<br>Name and address | Jane M. Roberson<br>720 S. Colorado Blvd.<br>Ste., 630–S<br>Denver, CO 80246 | Contact phone 303–893–0833<br>Email:  Roberson@JustAskJane.info |
| 5. | **Bankruptcy trustee**<br>Name and address | Douglas B. Kiel<br>Douglas B. Kiel, Chapter 13 Trustee<br>Chapter 13 Trustee<br>7100 E Belleview Ave<br>Ste. 300<br>Greenwood Village, CO 80111 | Contact phone 720-398-4444<br>Email:  ecfmail@denver13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | US Bankruptcy Court<br>US Custom House<br>721 19th St.<br>Denver, CO 80202–2508 | Hours open: Monday – Friday 8:00 – 4:30 PM<br>Contact phone 720–904–7300<br>Date: 8/2/21 |

**For more information, see page 2**

Official Form 309I COB#822 b309i_13                     Notice of Chapter 13 Bankruptcy Case                                        page 1

Debtor **Edward Anthony Romero Jr.** and **Sarah Anne Romero**                                                                              Case number **21–13958–EEB**

| 7. | Meeting of creditors | | |
|---|---|---|---|
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 14, 2021 at 01:00 PM**<br><br>**The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.**<br><br>**Under Bankruptcy Rule 4002(b)(1)–(2), an individual debtor shall bring the following to the meeting of creditors:**<br><br>**1) picture identification issued by a governmental unit, or other personal identifying information that establishes the debtor's identity AND evidence of a social security number OR a written statement that such documentation does not exist; and**<br><br>**2) documents or copies of a) debtor's current income such as the most recent payment advice, pay stub, or earnings statement; and b) statements for each of the debtor's depository accounts (bank. credit union and investment) for the time period that includes the date of the filing of the petition OR a written statement that such documentation does not exist; and**<br><br>**3) documentation of monthly expenses claimed if required under 11 U.S.C. §707(b)(2)(A) or (B).** | **Location:**<br>**Telephonic Meeting of Creditors, Please call five minutes in advance, Conference Number – 866–723–8662, Passcode – 7701265** | |
| 8. | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 11/15/21** | |
| | | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 10/8/21** | |
| | | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 1/26/22** | |
| | | **Deadlines for filing proof of claim:**<br>Claimants can file an electronic proof of claim on the Court's website at www.cob.uscourts.gov/proof–claim. No login or password is required.<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | | |
| | The case trustee must receive these documents by the following deadlines | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** | 30 days after the *conclusion* of the meeting of creditors |
| | | **Deadline to provide documents:**<br>You shall provide to the case trustee a copy of the federal income tax return required under applicable law, or a transcript of such return, for the most recent tax year ending immediately before the commencement of the case and for which a federal income tax return is filed, and provide the same tax information to creditors that requested a copy at least fourteen days prior to the meeting of creditors. See 11 U.S.C. § 521(e)2) and Fed. R. Bankr. P. 4002(b). You shall also file with the appropriate tax authorities tax returns that were to previously submitted and were required to be submitted under application law. 11 U.S.C. § 1308. The debtor's failure to comply will result in dismissal of the case unless | **Filing deadline:** | 7 days *before* the meeting of creditors |

| | |
|---|---|
| | the debtor demonstrates that the failure to comply is due to circumstances beyond the control of the debtor. |
| 9. Filing of plan | The debtor has filed a plan. The plan is enclosed. **The hearing on confirmation will be held on:** <br> **10/13/21** at **01:30 PM** , Location: **U.S. Custom House, 721 19th St., Courtroom F, Denver, CO 80202** <br><br> Unless a written objection is filed, the plan may be confirmed as unopposed upon the filing of Verification of Confirmable Plan pursuant to Local Bankruptcy Rule (L.B.R.) 3015–1. <br><br> The last day to file an objection to the plan is seven days after the date of the first scheduled meeting of creditors, pursuant to Bankruptcy Rule 2002(b) and L.B.R. 3015–1. Objections to the plan must comply with L.B.R. 3015–1 and shall clearly specify the grounds upon which they are based, including the citation of supporting legal authority, if any. General objections will not be considered by the Court. Objecting parties and the debtor should check the calendar of the Judge assigned to this case on the court's website to ascertain whether the hearing on confirmation will be conducted in person or by telephone and to obtain the necessary instructions for connecting by telephone. <br><br> Parties objecting to confirmation and the debtor are obligated to meet and confer no later than ten days prior to the hearing on confirmation pursuant to L.B.R. 3015–1. The debtor must timely file a Confirmation Status Report using L.B.F. 3015–1.4. |
| 10. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 11. Filing a chapter 13 bankruptcy case | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| 12. Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| 13. Discharge of debts | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. |