UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

*In Re:*

Chapter 13
Case No. 21-13958-EEB

EDWARD ANTHONY ROMERO, JR. and SARAH ANNE ROMERO, **Debtors,**
CALIBER HOME LOANS, INC., **Creditor,**

---

## NOTICE OF APPEARANCE AND REQUEST TO RECEIVE NOTICES

---

Comes now BARRETT FRAPPIER & WEISSERMAN, LLP pursuant to Bankruptcy Rules 2002, 9007, 9008 and 9010, and files this Notice of Appearance and Demand for Service of Papers as Counsel for CALIBER HOME LOANS, INC., party in interest in the captioned proceedings.

Request is hereby made that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case and in any cases consolidated herewith, be given to and served upon the undersigned attorneys at the address and telephone number as follows:

**BARRETT FRAPPIER & WEISSERMAN, LLP**
4004 Belt Line Rd Ste. 100
ADDISON, TX 75001
(972) 386-5040

This request encompasses all notices and pleadings including, without limitation, notices of any orders, motions, pleadings or requests, formal or informal applications, disclosure statement or plan of reorganization or any other documents brought before this Court in this case.

This Notice of Appearance shall not be construed as authorization to serve counsel

for  CALIBER HOME LOANS, INC. with any summons and complaint or any service of process under Bankruptcy Rule 7001, et. seq.  The undersigned firm will not accept service of process in any adversary case for CALIBER HOME LOANS, INC..

BARRETT FRAPPIER & WEISSERMAN, LLP, additionally requests that the Debtor and the Clerk of the Court place the name and address of the undersigned attorney on any mailing matrix to be prepared or existing in the above-numbered case, and on any list of creditors to be prepared or existing in the above-numbered bankruptcy case.

BARRETT FRAPPIER &
WEISSERMAN, LLP


BY: /s/ Abbey Dreher_____
    Abbey   Dreher
    CO NO. 48492
    4004 Belt Line Rd Ste. 100
    ADDISON, TX 75001
    Telephone: (972) 341-0500
    E-mail:  co.ecf@bdfgroup.com
    ATTORNEY FOR CREDITOR

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 05, 2021, a true and correct copy of the Notice of

Appearance and Request for Duplicate Notice was served via electronic means as listed on the

Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.


Respectfully submitted,

BARRETT FRAPPIER &
WEISSERMAN, LLP


BY: /s/ Abbey Dreher
    Abbey  Dreher
    CO NO. 48492
    4004 Belt Line Rd Ste. 100
    ADDISON, TX 75001
    Telephone: (972) 341-0500
    E-mail:  co.ecf@bdfgroup.com
    ATTORNEY FOR CREDITOR

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTORS:**
EDWARD ANTHONY ROMERO, JR.
17441 E. ARIZONA AVE.
AURORA, CO 80017

SARAH ANNE ROMERO
17441 E. ARIZONA AVE.
AURORA, CO 80017

**DEBTOR'S ATTORNEY:**
JANE M. ROBERSON
720 S. COLORADO BLVD.
STE., 630-S
DENVER, CO  80246

**TRUSTEE:**
DOUGLAS B. KIEL
7100 E BELLEVIEW AVE
STE 300
GREENWOOD VILLAGE, CO  80111