## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

IN RE:                                              CASE: 21-13958-EEB

EDWARD ANTHONY ROMERO JR                            CHAPTER 13
SARAH ANNE ROMERO

**Debtors**

---

### TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

---

The Standing Chapter 13 Trustee hereby files his Objection to Confirmation of Chapter 13 Plan and as grounds therefor states as follows:

1.  The plan does not determine treatment for the secured scheduled debt held by Bellco Credit Union for the 2015 Chevrolet Silverado.

2.  Debtors may not be contributing all projected disposable income to plan payments.  11 U.S.C. § 1325(b)(1)(B). Part 10.1 of the plan does not disclose the monthly payment amount or number of months to payoff for Bellco Credit Union.

The Trustee reserves the right to amend his objection and to report on the Debtors' payment history at the hearing on his Objection.

WHEREFORE, the Standing Chapter 13 Trustee requests that the Court deny confirmation in the above-captioned matter and dismiss or convert the proceeding pursuant to 11 U.S.C. § 1307.

Dated: September 21, 2021                  Respectfully submitted,


                                           /s/ William R. Evans
                                           William R. Evans, #36396
                                           Attorney For Douglas B. Kiel, Chapter 13
                                           Trustee
                                           7100 E Belleview Ave, Suite 300
                                           Greenwood Village, Co 80111
                                           (720)398-4444
                                           wevans@denver13.com

CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the above <u>Trustee's Objection to Confirmation of Chapter 13 Plan</u> was placed in the U.S. Mail, postage prepaid, on <u>09/21/2021</u> addressed as follows:

EDWARD ANTHONY ROMERO JR
SARAH ANNE ROMERO
17441 E ARIZONA AVE
AURORA, CO  80017

Notice by Electronic Transmission was sent to the following persons/parties:

ROBERSON LAW LLC

/s/ Shannon Fahnestock
*staff for Douglas Kiel, Ch 13 Trustee*