| UNITED STATES BANKRUPTCY COURT FOR THE STATE OF COLORADO |  |
|---|---|
| Debtor 1: __Edward Romero__<br>         First Name   Middle Name   Last Name | Case #:21-13958 EEB |
| Debtor 2: __Sarah Romero__<br>         First Name   Middle Name   Last Name | Chapter: 13 |

## Local Bankruptcy Form 3015-1.4
## Confirmation Status Report

### Part 1   Report

The Debtor submits the following status report pursuant to L.B.R. 3015-1 and states as follows:

The Debtor filed for chapter 13 relief on July 30, 2021. The debtor attended the 11 U.S.C. §341(a) Meeting of Creditors on September 14, 2021.

### Part 2   Notice and Service Date

The last plan to be noticed and served was dated July 21, 2021 at docket no. 2.

List all prior plans and dates of filing:  N/A

| Plan | Date of Filing | Docket No. |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

### Part 3   Objections

☐ No objections have been filed to the last plan.
☒ The following objections have been filed:

| Name of Objecting Party | Docket No. |
|---|---|
| Chapter 13 Trustee | 15 |
|  |  |

        AND

☒ The debtor has complied with the "Meet & Confer" requirements of L.B.R. 3015-1.

### Part 4   Summary of Objections

| Objection | Debtor's Response |
|---|---|
| Plan does not provide treatment for the secured claim of Bellco CU. | The amended plan will provide for treatment of this claim. |
| Debtors may not be contributing all disposable income to the plan. Plan may need a step up in plan payments once the Bello secured claim has been paid in full. | The amended plan will provide for a step up in plan payments if the debt to Bellco is scheduled to be paid in full before the plan payments end. |

**Part 5   Resolution of Objections by Amended Plan**

**Use this section if the debtor intends to resolve the objection(s) by filing an amended plan.**

a. Filing on Amended Plan.

☐   The debtor already has filed an amended plan, dated _____, at Docket no. ___. The amended plan makes the following changes:**[describe changes]**.

☒   The debtor intends to file an amended plan by October 20, 2021. The anticipated amended plan will make the following changes:

  1. Provide for treatment of the Bellco secured claim;
  2. Reduce the distribution to Caliber Home Loans for mortgage arrears from $4,500.00 to $1,412.21. This will fully provide for the mortgage arrears in the proof of claim;
  3. Provide for a step up in plan payments after the Bellco claim is scheduled to be paid in full, if necessary.
  4. The distribution to the class 4 creditors will not change or will increase.

b. Treatment of Objections by the Amended Plan.

  ☒   The amended plan is intended to resolve all of the objections filed.
  ☐   The amended plan is intended to resolve only certain objections as described:

  1. List the objection and explain how objection is resolved by the plan.
  2. " "

c. Notice of the Amended Plan:

  ☐   Notice to all Creditors: The debtor contends notice of the amended plan must be service on the chapter 13 trustee and all creditors and parties in interest.
  ☒   Request to limit notice: The debtor requests notice of the amended plan be waived for the following reasons no creditors will be harmed by the amended plan.

d. Objection Time Period for Amended Plan:

  ☐   Objection deadline Pursuant to FED. R. BANKR.P.2002(b). The debtor contends notice of the amended plan should be for the full objection period set forth in FED. R. BANKR. P. 2002(b).

☒ Request to Shorten Objection Time Period: The debtor requests the objection period set forth in FED. R. BANKR. P. 2002(b) be shortened to 14 days no creditors will be harmed by the amended plan.

## Part 6   Resolution of Objections by Judicial Determination

**Use this section if the debtor intends to resolve the objection(s) by judicial determination without an amended plan.**

☐ The debtor requests judicial determination of all outstanding objections;
☐ The debtor requests judicial determination of only certain objections raising the following outstanding issues:

1._____
2._____
3.

5

☐ The hearing will require presentation of evidence. The debtor anticipates the court time necessary to determine this contested matter to be \_\_\_\_ hours. The debtor anticipates \_\_\_\_ witnesses will be called to testify.
☐ The hearing will require legal argument only.

## Part 7   Other information of Status of Case

**The deadline to file non-governmental claims in this case is October 8, 2021.  As of the filing of this Status Report, two secured creditors (Bellco and Greensky Credit) have not filed claims.**

## Part8   Signature of Debtor's Attorney or Debtor (if applicable)

Dated: October 5, 2021

/s/Jane M. Roberson, Esq.
Jane M. Roberson, #30543
*Counsel to Debtor(s)*
720 South Colorado Blvd. - #630-South
Denver, CO  80246
Phone:303-893-0833  Fax:303-431-0633
e-mail: Roberson@JustAskJane.com
Counsel to Debtors

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE STATE OF COLORADO** | |
| Debtor 1:  Edward Romero  <br>         First Name   Middle Name   Last Name | Case No: 21-13958 EEB |
| Debtor 2:      Sarah Romero  <br>         First Name   Middle Name   Last Name | Chapter 13 |

## Local Bankruptcy Form 9013-1.2
## Certificate of Service

**Complete applicable sections and delete inapplicable sections.**

**PART 1**   **L.B.R. 9013-1 Certificate of Service of Motion, Notice, and Proposed Order**

I certify that on this October 5, 2021, I served a complete copy of the Confirmation Status report on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Douglas B. Kiel, Esq. Chapter 13 Trustee via CM/ECF ecfmail@denver13.com

David W. Drake, Esq. via CM/ECF co.ecf@bdfgroup.com
Abbey Dreher, Esq. via CM/ECF co.ecf@bdfgroup.com

Edward Romero
Sarah Romero
17441 E. Arizona Ave.
Aurora, CO  80017

**PART 2**   **L.B.R. 2002-1 Certification of Service of Notice**

N/A

**PART 2**   **Signature**

Dated:   October 5, 2021                              By: /s/ Jane M. Roberson
                                                      Jane. M. Roberson