**UNITED STATES BANKRUPTCY COURT FOR THE STATE OF COLORADO**

Debtor 1: __Edward Romero__          Case #:21-13958 EEB
         First Name   Middle Name   Last Name

Debtor 2: __Sarah Romero__           Chapter: 13
         First Name   Middle Name   Last Name

## Local Bankruptcy Form 3015-1.4
## Confirmation Status Report

### Part 1  Report

The Debtor submits the following status report pursuant to L.B.R. 3015-1 and states as follows:

The Debtor filed for chapter 13 relief on July 30, 2021. The debtor attended the 11 U.S.C. §341(a) Meeting of Creditors on September 14, 2021.

### Part 2  Notice and Service Date

The last plan to be noticed and served was dated July 21, 2021 at docket no. 2.

List all prior plans and dates of filing:  N/A

| Plan | Date of Filing | Docket No. |
|------|----------------|------------|
|      |                |            |
|      |                |            |
|      |                |            |

### Part 3  Objections

☐ No objections have been filed to the last plan.
☒ The following objections have been filed:

| Name of Objecting Party | Docket No. |
|-------------------------|------------|
| Chapter 13 Trustee      | 15         |
|                         |            |

AND

☒ The debtor has complied with the "Meet & Confer" requirements of L.B.R. 3015-1.

### Part 4  Summary of Objections

| Objection | Debtor's Response |
|---|---|
| Plan does not provide treatment for the secured claim of Bellco CU. | The amended plan will provide for treatment of this claim. |
| Debtors may not be contributing all disposable income to the plan. Plan may need a step up in plan payments once the Bello secured claim has been paid in full. | The amended plan will provide for a step up in plan payments if the debt to Bellco is scheduled to be paid in full before the plan payments end. |

**Part 5**  **Resolution of Objections by Amended Plan**

**Use this section if the debtor intends to resolve the objection(s) by filing an amended plan.**

a. Filing on Amended Plan.

☐ The debtor already has filed an amended plan, dated _____, at Docket no. ___. The amended plan makes the following changes:**[describe changes]**.

☒ The debtor intends to file an amended plan by October 20, 2021. The anticipated amended plan will make the following changes:

1. Provide for treatment of the Bellco secured claim;
2. Reduce the distribution to Caliber Home Loans for mortgage arrears from $4,500.00 to $1,412.21. This will fully provide for the mortgage arrears in the proof of claim;
3. Provide for a step up in plan payments after the Bellco claim is scheduled to be paid in full, if necessary.
4. The distribution to the class 4 creditors will not change or will increase.

b. Treatment of Objections by the Amended Plan.

☒ The amended plan is intended to resolve all of the objections filed.
☐ The amended plan is intended to resolve only certain objections as described:

1. List the objection and explain how objection is resolved by the plan.
2. " "

c. Notice of the Amended Plan:

☐ Notice to all Creditors: The debtor contends notice of the amended plan must be service on the chapter 13 trustee and all creditors and parties in interest.
☒ Request to limit notice: The debtor requests notice of the amended plan be waived for the following reasons no creditors will be harmed by the amended plan.

d. Objection Time Period for Amended Plan:

☐ Objection deadline Pursuant to FED. R. BANKR.P.2002(b). The debtor contends notice of the amended plan should be for the full objection period set forth in FED. R. BANKR. P. 2002(b).

☒ Request to Shorten Objection Time Period: The debtor requests the objection period set forth in FED. R. BANKR. P. 2002(b) be shortened to 14 days no creditors will be harmed by the amended plan.

### Part 6  Resolution of Objections by Judicial Determination

**Use this section if the debtor intends to resolve the objection(s) by judicial determination without an amended plan.**

☐ The debtor requests judicial determination of all outstanding objections;
☐ The debtor requests judicial determination of only certain objections raising the following outstanding issues:

1._____
2._____
3.

5

☐ The hearing will require presentation of evidence. The debtor anticipates the court time necessary to determine this contested matter to be \_\_\_\_ hours. The debtor anticipates \_\_\_\_ witnesses will be called to testify.
☐ The hearing will require legal argument only.

### Part 7  Other information of Status of Case

**The deadline to file non-governmental claims in this case is October 8, 2021. As of the filing of this Status Report, two secured creditors (Bellco and Greensky Credit) have not filed claims.**

### Part 8  Signature of Debtor's Attorney or Debtor (if applicable)

Dated: October 5, 2021

/s/Jane M. Roberson, Esq.
Jane M. Roberson, #30543
*Counsel to Debtor(s)*
720 South Colorado Blvd. - #630-South
Denver, CO  80246
Phone:303-893-0833  Fax:303-431-0633
e-mail: Roberson@JustAskJane.com
Counsel to Debtors

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE STATE OF COLORADO** | |
| Debtor 1: Edward Romero<br>First Name  Middle Name  Last Name | Case No: 21-13958 EEB |
| Debtor 2:     Sarah Romero<br>First Name  Middle Name  Last Name | Chapter 13 |

## Local Bankruptcy Form 9013-1.2
## Certificate of Service

**Complete applicable sections and delete inapplicable sections.**

**PART 1**   **L.B.R. 9013-1 Certificate of Service of Motion, Notice, and Proposed Order**

I certify that on this October 5, 2021, I served a complete copy of the Confirmation Status report on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Douglas B. Kiel, Esq. Chapter 13 Trustee via CM/ECF ecfmail@denver13.com

David W. Drake, Esq. via CM/ECF co.ecf@bdfgroup.com
Abbey Dreher, Esq. via CM/ECF co.ecf@bdfgroup.com

Edward Romero
Sarah Romero
17441 E. Arizona Ave.
Aurora, CO  80017


**PART 2**   **L.B.R. 2002-1 Certification of Service of Notice**

N/A


**PART 2**   **Signature**


Dated:   October 5, 2021                    By: /s/ Jane M. Roberson
                                                Jane. M. Roberson