**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>Edward Anthony Romero, Jr,<br>Sarah Anne Romero<br><br>Debtor(s). | Bankruptcy Case No 21-13958-EEB<br><br>Chapter 13 |

### ORDER REGARDING DEBTOR'S CONFIRMATION STATUS REPORT

THIS MATTER comes before the Court on Debtor(s) Confirmation Status Report filed with the Court on October 8, 2021 . The Court, being advised in the premises

ORDERS that:

1. Confirmation of any other previously-filed Chapter 13 Plan is DENIED. All pending Objections to the foregoing are deemed moot. Any party desiring to object to an Amended Chapter 13 Plan must file a new Objection.

2. The hearing on confirmation currently scheduled for October 13, 2021 at 1:30 p.m. is VACATED.

3. The Court will conduct a hearing on a trailing docket on Debtor's/s' Amended Chapter 13 Plan on **Wednesday, November 17, 2021 at 1:30 p.m. in Courtroom F**, United States Bankruptcy Court, U.S. Custom House, 721 19th Street, Denver, Colorado 80202. Parties who have fully complied with the requirements of L.B.R. 3015-1 may appear telephonically. Parties wishing to appear telephonically shall call the court at 1-888-684-8852 *immediately prior to the time of the scheduled hearing*. The access code is **345 4024**, followed by the # sign.

4. The Debtor(s) shall file and serve an amended plan and notice in substantial conformity with L.B.F. 3015-1.2 and shall serve such notice, along with a copy of the Amended Chapter 13 Plan, **on or before October 20, 2021**. The deadline for objections **shall be November 3, 2021.** The notice shall include information regarding how to participate in the hearing telephonically. If Debtor(s) fail to timely file and serve the required documents, this case may be dismissed without further notice or hearing. The Amended Plan and Notice shall be served on the following:

    ☒ Chapter 13 Trustee
    ☒ Previous objectors, parties who have entered an appearance and/or requested notice in the case and any adversely affected parties.
    ☐ All creditors and interested parties
    ☒ Appropriate taxing authorities
    ☐ Others:

5. If objections are filed to the amended plan, the Debtor(s) shall file a confirmation status report, pursuant to Local Bankruptcy Rule 3015-1(e). If no objections are received to the amended Chapter 13 Plan, the Debtor(s) shall file a verification in compliance with Local Bankruptcy Rule 3015-1(d). **Either a verification or a confirmation status report must be filed on or before November 10, 2021, which is the Wednesday before the confirmation hearing.**

DATED: October 12, 2021.

BY THE COURT:

*Elizabeth E. Brown*
Elizabeth E. Brown, Bankruptcy Judge