**UNITED STATES BANKRUPTCY COURT FOR THE STATE OF COLORADO**

Debtor 1: Edward Romero  
        First Name   Middle Name   Last Name

Case No: 21-13958 EEB

Debtor 2: Sarah Romero  
        First Name   Middle Name   Last Name

Chapter: 13

**Local Bankruptcy Form 3015-1.2**
**Notice of Filing of Chapter 13 Plan, Deadline for Filing Objections Thereto and Hearing on Confirmation**

**Complete applicable sections.**

**PART 1   Objection Deadline**

**OBJECTION DEADLINE:  NOVEMBER 3, 2021          .**

**PART 2   Notice**

NOTICE IS HEREBY GIVEN that the debtor filed a Chapter 13 Plan on October 20, 2021, docket number 21. A copy of the Chapter 13 Plan is attached. A confirmation hearing on the debtor's plan has been set for **NOVEMBER 17, 2021** at **1:30 PM** at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom F, Fifth Floor, Denver, CO 80202.

    Parties who have fully complied with the requirements of L.B.R. 3015-1 may appear telephonically. Parties wishing to appear telephonically shall call the court at 1-888-684-8852 *immediately prior to the time of the scheduled hearing*. The access code is **345 4024**, followed by the # sign.

The last day to file an Objection to the plan is the objection deadline stated above. Objections to the Chapter 13 Plan must comply with L.B.R. 3015-1(c) and must clearly specify the grounds upon which they are based, including the citation of supporting legal authority, if any. General objections will not be considered by the court.

Unless a written objection is filed, the Chapter 13 Plan may be confirmed without a hearing, upon the debtor's filing of L.B.F. 3015-1.3, Verification of Confirmable Plan pursuant to L.B.R. Rule 3015-1.

This Notice pertains only to the Chapter 13 Plan. Creditors should also review the Notice of Chapter 13 Case at docket number ____, for additional information and deadlines, including those related to objecting to dischargeability of certain debts, objecting to exemptions, and filing a proof of claim.

**PART 2   Signature of Debtor's Attorney  or Debtor( if unrepresented)**

Dated: October 20, 2021

    /s/Jane M. Roberson, Esq.  
    Jane M. Roberson, #30543  
    *Counsel to Debtor(s)*  
    720 South Colorado Blvd. - #630-South  
    Denver, CO  80246  
    Phone: 303-893-0833  Fax: 303-431-0633  
    e-mail: Roberson@justaskjane.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE STATE OF COLORADO** | |
| Debtor 1: Edward Romero<br>　　　　　First Name  Middle Name  Last Name | Case No:   21-13958 EEB |
| Debtor 2: 　　　Sarah Romero<br>　　　　　First Name  Middle Name  Last Name | Chapter 13 |

**Local Bankruptcy Form 9013-1.2**
**Certificate of Service**

**PART 1**   L.B.R. 9013-1 Certificate of Service of Motion, Notice, and Proposed Order

I certify that on this   October 20, 2021, I served a complete copy of the Notice of Filing of Chapter 13 Plan, Deadline for Filing Objections Thereto and Hearing on Confirmation and Chapter 13 Plan filed on October 20, 2021 at docket number 21   on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Chapter 13 Trustee, Douglas B. Kiel, Esq. via CM/ECFecfmail@denver13.com

Attorney David W. Drake, via CM/ECF co.ecf@bdfgroup.com
Attorney Abbey Dreher, via CM/ECF co.ecf@bdfgroup.com

Edward Romero
Sarah Romero
17441 E. Arizona Ave.
Aurora, CO  80017

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Colorado Department of Revenue
Bankruptcy Department, Rm 104
1881 Pierce Street
Lakewood, CO 80214

**PART 2**   Signature

Dated:   October 20, 2021                                               By:    /s/Jane M. Roberson