United States Bankruptcy Court
District of Colorado

In re:  
Edward Anthony Romero, Jr.  
Sarah Anne Romero  
    Debtors

Case No. 21-13958-EEB  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 1082-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 26, 2021 | Form ID: 218ch13 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Edward Anthony Romero, Jr., Sarah Anne Romero, 17441 E. Arizona Ave., Aurora, CO 80017-4206 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 28, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abbey Dreher | on behalf of Creditor Caliber Home Loans Inc. co.ecf@bdfgroup.com |
| David W. Drake | on behalf of Creditor Caliber Home Loans Inc. co.ecf@bdfgroup.com |
| Douglas B. Kiel | ecfmail@denver13.com |
| Jane M. Roberson | on behalf of Debtor Edward Anthony Romero Jr. Roberson@JustAskJane.info |
| Jane M. Roberson | on behalf of Debtor Sarah Anne Romero Roberson@JustAskJane.info |
| US Trustee | |

District/off: 1082-1 User: admin Page 2 of 2
Date Rcvd: Oct 26, 2021 Form ID: 218ch13 Total Noticed: 1

USTPRegion19.DV.ECF@usdoj.gov

TOTAL: 6

(COB #218ch13 voNORStmtPFM_ch13)(12/15)

# IN THE UNITED STATES BANKRUPTCY COURT
## District of Colorado ,
HONORABLE Elizabeth E. Brown

In re:

    Edward Anthony Romero Jr.
    Sarah Anne Romero

Debtor(s)

Case No.:    21−13958−EEB
Chapter:    13

SSN/TID
Nos.   xxx−xx−6260
       xxx−xx−3916

**NOTICE OF REQUIREMENT TO FILE A
STATEMENT OF COMPLETION OF COURSE IN
PERSONAL FINANCIAL MANAGEMENT**

    Notice is hereby given that, subject to extremely limited exceptions, each debtor must complete an instructional course in personal financial management and file Official Form 423, "Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management," ***as evidence of course completion before a discharge can enter*** under chapter 13 (11 U.S.C. §1328) . This course is ***different from*** and ***in addition to*** the credit counseling course that the debtor(s) must complete prior to filing for bankruptcy relief. Official Form 423 is available on the U.S. Court's website at www.uscourts.gov/bkforms/bankruptcy_forms.html on the Form's page or may be picked up from the Clerk's Office at 721 19th St., Denver, Colorado.

    Debtor(s) and/or debtor(s)' attorney is/are hereby notified that the debtor(s) should have filed Official Form 423 within 60 days after the first date set for the meeting of creditors under Section 341. In a chapter 13 case, the form should be filed no later than the last payment made by the debtor as required by the plan under §1328(b) of the Code. In the event the certification is not filed, the case will be closed ***without an entry of discharge***.

     If the case is closed because of failing to file Official Form 423, ***the case cannot be reopened without full payment of the reopening fee***. If the debtor(s) want a discharge, they must first ask the Court to reopen the case by filing a Motion to Reopen the case accompanied by the payment of the filing fee which is ***$235*** for motions to reopen filed on and after January 1, 2007. After the case is reopened, the debtor(s) must then file Official Form 423 evidencing completion of an instructional course concerning personal financial management in order to receive a discharge. If the debtor(s) fail(s) to file Official Form 423 within 30 days after the case is reopened, then the case will again be closed without the entry of a discharge.

Dated:  10/25/21

FOR THE COURT:
KENNETH S. GARDNER, Clerk

United States Bankruptcy Court
U.S. Custom House
721 Nineteenth Street
Denver, CO 80202−2508