Certificate Number: 17572-CO-DE-036104687

Bankruptcy Case Number: 21-13958



17572-CO-DE-036104687

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 31, 2021, at 7:30 o'clock PM PDT, Edward A Romero Jr completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the District of Colorado.

Date:   October 31, 2021                    By:     /s/Tania Duarte

Name:  Tania Duarte

Title:   Counselor