Certificate Number: 17572-CO-DE-036104686

Bankruptcy Case Number: 21-13958



17572-CO-DE-036104686

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 31, 2021</u>, at <u>7:30</u> o'clock <u>PM PDT</u>, <u>Sarah A Romero</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of Colorado</u>.

Date: <u>October 31, 2021</u>  By: <u>/s/Tania Duarte</u>

Name: <u>Tania Duarte</u>

Title: <u>Counselor</u>