**UNITED STATES BANKRUPTCY COURT FOR THE STATE OF COLORADO**

**Debtor 1:** _Edward Romero_  
        First Name   Middle Name   Last Name

**Case #:** 21-13958 EEB

**Debtor 2:** _Sarah Romero_  
        First Name   Middle Name   Last Name

**Chapter:** 13

**Local Bankruptcy Form 3015-1.3**
**Verification of Confirmable Plan**

### PART 1   Verification of Confirmable Plan

The debtor moves for the court for an order (i) confirming the chapter 13 plan filed on October 20, 2021, (docket no. 21), and, if applicable, (ii) valuing the collateral of secured creditors to be paid through the plan pursuant to 11 U.S.C. § 506. In support thereof, the debtor verifies the following:

The debtor(s) hereby verifies the following:

(a) the docket number for the applicable plan now pending confirmation is docket no. 21 and the certificate of service filed related to the plan is docket no. 22.

(b) the debtor is substantially (within 30 days) current having made all payments due under the terms of the Plan as of the date the debtor files the Verification.

(c) there were no objections filed, or any objections to plan confirmation have been withdrawn by the objector in writing or otherwise overruled by the court, and the plan may be confirmed without further notice or hearing;

(d) the debtor has paid all amounts required to be paid under domestic support obligations that became payable after the date of the filing of the petition or the debtor has no domestic support obligations;

(e) the debtor has filed all tax returns required under 11 U.S.C. § 1308;

(f) all statements in the plan to be confirmed are true and correct and the plan contains sufficient facts to allow confirmation; and

(g) The debtor (or the court, as applicable) has provided appropriate notice of the plan and any amendments, serving them as required under 11 U.S.C. § 342(e) and (f), Fed. R. Bankr. P. 2002(b), 9014 and 7004, and L.B.R. 3015-1, or as otherwise ordered by the court.

WHEREFORE, the debtor requests that the court enter an order confirming the plan. A proposed order for confirmation in substantial conformity with L.B.F. Form 3015-1.7 is attached hereto.

### PART 2   Signature of Debtor's Attorney or Debtor (if unrepresented)

Dated: November 4, 2021

<u>/s/Jane M. Roberson, Esq.</u>
Jane M. Roberson, #30543
R<small>OBERSON</small> L<small>AW</small>, LLC
720 South Colorado Blvd. - #630-South
Denver, CO  80246
303-893-0833  Fax: 303-431-0633
e-mail: Roberson@JustAskJane.com