United States Bankruptcy Court
District of Colorado

In re:                                                                    Case No. 21-13958-EEB

Edward Anthony Romero, Jr.                                                 Chapter 13

Sarah Anne Romero
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 1082-1 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Nov 04, 2021 | Form ID: 100 | Total Noticed: 64 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Edward Anthony Romero, Jr., Sarah Anne Romero, 17441 E. Arizona Ave., Aurora, CO 80017-4206 |
| cr | + | Caliber Home Loans, Inc., c/o BFW, LLP, 4004 Belt Line Rd Ste. 100, Addison, TX 75001-4320 |
| 19073985 | + | Allegiant Receivables Solutions Inc, 12191 W. 64th Ave #210, Arvada, CO 80004-4030 |
| 19076649 | + | CAREPOINT EMER MED PLLC, c/o Wakefield & Associates, PO Box 463, Jefferson City, MO 65102-0463 |
| 19073991 | + | Caliber Home Loans, 715 S Metropolitan Ave, Oklahoma City, OK 73108-2054 |
| 19074005 | + | Department Store National Bank/Macy's, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 19074006 | | Falk Rocky Moutain, 1070 E. Bethany Dr., Aurora, CO 80014 |
| 19073980 | + | Fed loan Service, PO Box 69184, Harrisburg, PA 17106-9184 |
| 19074007 | + | GreenSky Credit, Attn Bankruptcy, Po Box 29429, Atlanta, GA 30359-0429 |
| 19086457 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 19074024 | + | Portfolio Recovery Associates, LLC, 4600 S Syracuse St # 900, Denver, CO 80237-2701 |
| 19074025 | + | Portfolio Recovery Associatesl LLC, 4600 S. Syracuse Street, #900, Denver, CO 80237-2701 |
| 19073984 | + | Special Assistant US Attorney Office, 1801 California Streetm Suite 1600, Denver, CO 80202-2628 |
| 19074031 | + | The Bureaus Inc, 650 Dundee Road, Northbrook, IL 60062-2747 |
| 19074030 | + | The Bureaus Inc, Attn Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 19073983 | | U.S. Department of Justice, Attn Jefferson Sessions - Attorney Gen., 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001 |
| 19073981 | | Veteran's Administration, 155 Van Gordon St, Lakewood, CO 80228-1709 |
| 19074033 | | Wells Fargo Bank NA, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 19074032 | + | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 19080677 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 19073986 | | Email/Text: BANKRUPTCY@BELLCO.ORG | Nov 04 2021 21:56:00 | Bellco Credit Union, Attn Bankruptcy, Po Box 6611, Greenwood Village, CO 80111 |
| 19073988 | | Email/Text: BANKRUPTCY@BELLCO.ORG | Nov 04 2021 21:56:00 | Bellco Credit Union, Pob 6611, Greenwood Village, CO 80155 |
| 19117826 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 04 2021 22:02:24 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 19073990 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Nov 04 2021 21:57:00 | Caliber Home Loans, Attn Cash Operations, Po Box 24330, Oklahoma City, OK 73124-0330 |
| 19073992 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 04 2021 22:02:30 | Capital One Bank, Po Box 60599, City Of Industry, CA 91716-0599 |
| 19073994 | + | Email/Text: bankruptcy@cavps.com | Nov 04 2021 21:57:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Valhalla, NY 10595-2322 |
| 19073993 | + | Email/Text: bankruptcy@cavps.com | Nov 04 2021 21:57:00 | Cavalry Portfolio Services, Attn Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY |

District/off: 1082-1      User: admin      Page 2 of 4

Date Rcvd: Nov 04, 2021      Form ID: 100      Total Noticed: 64

| | | | | |
|---|---|---|---|---|
| | | | | 10595-2322 |
| 19092985 | + | Email/Text: bankruptcy@cavps.com | Nov 04 2021 21:57:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 19073998 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 04 2021 22:02:24 | Citibank, PO Box 769006, San Antonio, TX 78245-9006 |
| 19073997 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 04 2021 22:02:24 | Citibank, PO Box 790040, Saint Louis, MO 63179-0040 |
| 19073978 | | Email/Text: bankruptcy@coag.gov | Nov 04 2021 21:57:00 | Colorado Attorney General, 1525 Sherman St Ste 700, Denver, CO 80203-1700 |
| 19073977 | | Email/PDF: dor_tac_bankruptcy@state.co.us | Nov 04 2021 22:02:28 | Colorado Department of Revenue, Attn Bankruptcy Unit, Room 504, 1375 Sherman Street, Denver, CO 80261-0001 |
| 19125202 | + | Email/PDF: dor_tac_bankruptcy@state.co.us | Nov 04 2021 22:02:28 | Colorado Department of Revenue, Bankruptcy Dept, Rm 104, 1881 Pierce St, Lakewood, CO 80214-3503 |
| 19074000 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 04 2021 21:56:00 | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 19074001 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 04 2021 21:56:00 | Comenitybank/Jared, Attn Bankruptcy, Po Box 182273, Columbus, OH 43218-2273 |
| 19074002 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 04 2021 21:56:00 | Comenitybank/Jared, Po Box 182789, Columbus, OH 43218-2789 |
| 19074003 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 04 2021 21:56:00 | Commenity Bank, PO Box182125, Columbus, OH 43218-2125 |
| 19074004 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 04 2021 22:02:28 | Department Store National Bank/Macy's, Attn Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 19084307 | | Email/Text: bnc-quantum@quantum3group.com | Nov 04 2021 21:56:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 19074008 | + | Email/Text: bankruptcy@greenskycredit.com | Nov 04 2021 21:56:00 | GreenSky Credit, 1797 Ne Expressway, Atlanta, GA 30329-7803 |
| 19094742 | + | Email/Text: bankruptcy@greenskycredit.com | Nov 04 2021 21:56:00 | Greensky,LLC, 1797 North East Expressway Ste. 100, Atlanta, GA 30329-2451 |
| 19073979 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 04 2021 21:56:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 19073995 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 04 2021 22:02:27 | Chase Card Services, Attn Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 19073996 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 04 2021 22:02:30 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 19074010 | + | Email/Text: Bankruptcy@jmlaw.com | Nov 04 2021 21:57:00 | Johnson Mark LLC, P.O. Box 7811, Sandy, UT 84091-7811 |
| 19095735 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 04 2021 21:56:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 19074011 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 04 2021 21:56:00 | Kohls/Capital One, Attn Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 19074012 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 04 2021 21:56:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 19074013 | | Email/PDF: HCABKNotifications@resurgent.com | Nov 04 2021 22:02:24 | Medical Center Of Aurora, 27400, PO Box 740760, Cincinnati, OH 45274-0760 |
| 19079302 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 04 2021 21:56:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 19074017 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

| District/off: 1082-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 04, 2021 | Form ID: 100 | Total Noticed: 64 |

| Recip ID | | Notice Method | Timestamp | Name and Address |
|---|---|---|---|---|
| | | | Nov 04 2021 21:56:00 | Midland Fund, 320 East Big Beaver, Troy, MI 48083-1238 |
| 19074014 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 04 2021 21:56:00 | Midland Fund, Attn Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 19074022 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 04 2021 22:02:24 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 19074020 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 04 2021 22:02:24 | Portfolio Recovery Associates, LLC, Attn Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 19105000 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 04 2021 22:02:24 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 19081740 | | Email/Text: bnc-quantum@quantum3group.com | Nov 04 2021 21:56:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 19073982 | | Email/PDF: pa_dc_claims@navient.com | Nov 04 2021 22:02:24 | Sallie Mae, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 19075831 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 04 2021 22:02:30 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 19074027 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 04 2021 22:02:30 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 19074026 | | Email/PDF: gecsedi@recoverycorp.com | Nov 04 2021 22:02:24 | Synchrony Bank, Attn Bankruptcy Dept., PO BOx 965060, Orlando, FL 32896-5060 |
| 19074028 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 04 2021 22:02:30 | Synchrony Bank/Lowes, Attn Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 19074029 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 04 2021 22:02:30 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 19079844 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 04 2021 22:02:24 | The Medical Center Aurora, Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |
| 19102206 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 04 2021 22:02:30 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 44

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 19073987 | *P++ | BELLCO CREDIT UNION, P O BOX 6611, GREENWOOD VILLAGE CO 80155-6611, address filed with court:, Bellco Credit Union, Attn Bankruptcy, Po Box 6611, Greenwood Village, CO 80111 |
| 19073989 | *P++ | BELLCO CREDIT UNION, P O BOX 6611, GREENWOOD VILLAGE CO 80155-6611, address filed with court:, Bellco Credit Union, Pob 6611, Greenwood Village, CO 80155 |
| 19073999 | * | Colorado Department of Revenue, Attn Bankruptcy Unit, Room 504, 1375 Sherman Street, Denver, CO 80261-0001 |
| 19074009 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 19074018 | *+ | Midland Fund, 320 East Big Beaver, Troy, MI 48083-1238 |
| 19074019 | *+ | Midland Fund, 320 East Big Beaver, Troy, MI 48083-1238 |
| 19074015 | *+ | Midland Fund, Attn Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 19074016 | *+ | Midland Fund, Attn Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 19074023 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 19074021 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

District/off: 1082-1                          User: admin                          Page 4 of 4
Date Rcvd: Nov 04, 2021                       Form ID: 100                          Total Noticed: 64

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2021              Signature:        _/s/Joseph Speetjens_____

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abbey Dreher | on behalf of Creditor Caliber Home Loans  Inc. co.ecf@bdfgroup.com |
| David W. Drake | on behalf of Creditor Caliber Home Loans  Inc. co.ecf@bdfgroup.com |
| Douglas B. Kiel | ecfmail@denver13.com |
| Jane M. Roberson | on behalf of Debtor Edward Anthony Romero  Jr. Roberson@JustAskJane.info |
| Jane M. Roberson | on behalf of Debtor Sarah Anne Romero Roberson@JustAskJane.info |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |

TOTAL: 6

(COB #100 voConfPlan)(12/17)

# IN THE UNITED STATES BANKRUPTCY COURT
## District of Colorado ,
HONORABLE Elizabeth E. Brown

In re:

     Edward Anthony Romero Jr.
     Sarah Anne Romero

Debtor(s)

|  |  |
|---|---|
| Case No.: | 21−13958−EEB |
| Chapter: | 13 |

SSN/TID
Nos.     xxx−xx−6260
        xxx−xx−3916

---

## ORDER CONFIRMING *AMENDED* CHAPTER 13 PLAN

IT HAVING BEEN DETERMINED AFTER NOTICE AND A HEARING:

1. That the plan complies with Chapter 13 and all other applicable provisions of Title 11, United States Code;
2. That any fee, charge, or amount required under Chapter 123 of Title 28, United States Code, or by the plan, to be paid before confirmation has been paid;
3. That the action of the debtor(s) in filing the petition was in good faith;
4. That the plan has been proposed in good faith and not by any means forbidden by law;
5. That the value, as of the effective date of the plan, of property to be distributed under the Plan on account of each unsecured claim is not less than the amount that would be paid on such claim if the estate of the debtor(s) were liquidated under Chapter 7 of Title 11, United States Code on such date;
6. That the Plan complies with the provisions of 11 U.S.C. § 1325(a)(5) as to holders of secured claims; and
7. That pending motions for valuation of real property collateral and determination of secured status under U.S.C. § 506, if any, have been provided for by separate court order.

**IT IS ORDERED:**

***The Debtor(s)' AMENDED Plan filed on 10/20/2021 at (docket no. 21 ) is confirmed;***

The Debtor(s) must make payments in accordance with the terms of the plan.

Creditors holding liens on property which the plan specifies is to be surrendered by the Debtor(s) are hereby granted relief from the stay imposed by 11 U.S.C. § 362 and may enforce their rights in and to said property.

The assumption of executory contracts on the terms stated in the plan is approved. If the plan provides for the rejection of an executory contract or unexpired lease, the party to the rejected executory contract or lease must file a proof of claim within 30 days of the date of the entry of this Order, failing which the claim may be barred.

The Presumptively Reasonable Fee pursuant to L.B.R. 2016−3(a) is APPROVED and payable to the extent provided for in the plan.

Any hearing on confirmation is VACATED.

This order binds those creditors and parties in interest that have been served in accordance with applicable rules.

Dated:  11/4/21                              BY THE COURT:

                                            s/ Elizabeth E. Brown
                                            United States Bankruptcy Judge