**In the United States Bankruptcy Court**
**District of Colorado**

In Re:
EDWARD ANTHONY ROMERO JR
SARAH ANNE ROMERO
17441 E ARIZONA AVE
AURORA, CO   80017

Chapter 13
Case No. 21-13958-EEB

## Trustee's Notice of Intent to Pay Claims

    The Standing Chapter 13 Trustee ("Trustee") reports that the claims bar date for all creditors (other than governmental unit creditors) was 10/8/21 and the claims bar date for governmental units was 1/26/22. Both bar dates have passed. The Trustee has reviewed the Court's Claims Register and all filed claims. The Trustee finds that the following claims will be paid to the extent provided for in the Chapter 13 Plan. The debtor may dispute any filed proofs of claim(s) by filing an objection with the Bankruptcy Court, not the Trustee's office. The debtor is hereby notified that the Trustee will proceed with paying unsecured claims in accordance with the Chapter 13 Plan if no objections to claims are filed within 14 days of the filing of this Notice.

### Attorney Fees

| **Name and Address of Attorney** | **Amount** | **Classification** |
|---|---|---|
| Roberson Law Llc<br>Po Box 1077<br>Denver, CO 80201-1077 | $3,050.00 | ATTORNEY FEE |

### Filed Claims

| **Name and Address of Creditor** | | | **Classification** |
|---|---|---|---|
| Cavalry Spv I Llc<br>Cavalry Portfolio Services<br>Po Box 27288<br>Tempe, AZ 85282 | Acct No:<br>Claim Amount:<br>Claim Number: | XXXXX2489<br>$4,602.34<br>12 | GENERAL UNSECURED |
| Chase Bank Usa<br>C/O Jp Morgan Chase Bank<br>Po Box 15368<br>Wilmington, DE 19850 | Acct No:<br>Claim Amount:<br>Claim Number: | XXXXX0810<br>$4,489.72<br>11 | GENERAL UNSECURED |
| Bureaus Investment Group Portfolio No 15 Llc<br>C/O Pra Receivables Management Llc<br>Po Box 41031<br>Norfolk, VA 23541 | Acct No:<br>Claim Amount:<br>Claim Number: | XXXXX4936<br>$304.14<br>18 | GENERAL UNSECURED |

| Creditor | Acct No / Claim Amount / Claim Number | | Class |
|---|---|---|---|
| Quantum3 Group Llc<br>As Agent For Department Store National Bank<br>Po Box 657<br>Kirkland, WA 98083-0788 | Acct No:<br>Claim Amount:<br>Claim Number: | XXXXX0584<br>$1,091.36<br>9 | GENERAL UNSECURED |
| Kohls<br>Peritus Portfolio Services Ii Llc<br>Po Box 141509<br>Irving, TX 75014 | Acct No:<br>Claim Amount:<br>Claim Number: | XXXXX5624<br>$753.28<br>15 | GENERAL UNSECURED |
| The Medical Center Aurora<br>C/O Resurgent Capital Services<br>Po Box 1927<br>Greenville, SC 29602 | Acct No:<br>Claim Amount:<br>Claim Number: | XXXXX4089<br>$421.80<br>5 | GENERAL UNSECURED |
| Midland Credit Management Inc<br>Po Box 2037<br>Warren, MI 48090 | Acct No:<br>Claim Amount:<br>Claim Number: | XXXXX0750<br>$6,372.24<br>3 | GENERAL UNSECURED |
| Midland Credit Management Inc<br>Po Box 2037<br>Warren, MI 48090 | Acct No:<br>Claim Amount:<br>Claim Number: | XXXXX9165<br>$3,431.89<br>2 | GENERAL UNSECURED |
| Midland Credit Management Inc<br>Po Box 2037<br>Warren, MI 48090 | Acct No:<br>Claim Amount:<br>Claim Number: | XXXXX7966<br>$1,131.46<br>4 | GENERAL UNSECURED |
| Portfolio Recovery Associates Llc<br>Po Box 12914<br>Norfolk, VA 23541 | Acct No:<br>Claim Amount:<br>Claim Number: | XXXXX8375<br>$9,875.25<br>17 | GENERAL UNSECURED |
| Portfolio Recovery Associates Llc<br>Po Box 12914<br>Norfolk, VA 23541 | Acct No:<br>Claim Amount:<br>Claim Number: | XXXXX0149<br>$4,956.31<br>21 | GENERAL UNSECURED |
| Quantum3 Group Llc<br>Po Box 2489<br>Kirkland, WA 98083 | Acct No:<br>Claim Amount:<br>Claim Number: | XXXXX1684<br>$1,353.00<br>8 | GENERAL UNSECURED |
| Wells Fargo Bank Na<br>C/O Wells Fargo Card Services<br>Recovery Department<br>Po Box 9210<br>Des Moines, IA 50306 | Acct No:<br>Claim Amount:<br>Claim Number: | XXXXX4317<br>$2,612.34<br>7 | GENERAL UNSECURED |

| Creditor | Acct No / Claim Amount / Claim Number | | Classification |
|---|---|---|---|
| Carepoint Emer Med Pllc<br>C/O Wakefield & Associates<br>830 E Platte Ave Unit A<br>Po Box 58<br>Fort Morgan, CO 80701 | Acct No:<br>Claim Amount:<br>Claim Number: | XXXXX3916<br>$50.84<br>1 | GENERAL UNSECURED |
| The Medical Center Aurora<br>C/O Resurgent Capital Services<br>Po Box 1927<br>Greenville, SC 29602 | Acct No:<br>Claim Amount:<br>Claim Number: | XXXXX9869<br>$3,083.74<br>6 | GENERAL UNSECURED |
| Verizon By American Infosource As Agent<br>Po Box 4457<br>Houston, TX 77210-4457 | Acct No:<br>Claim Amount:<br>Claim Number: | XXXXX0001<br>$257.79<br>16 | GENERAL UNSECURED |
| Caliber Home Loans<br>Po Box 24330<br>Oklahoma City, OK 73124 | Acct No:<br>Claim Amount:<br>Claim Number: | XXXXX9376<br>$1,412.21<br>14 | MORTGAGE ARREARS Pre-Petition |
| Colorado Dept Of Revenue<br>Attn Bankruptcy Dept Rm 104<br>1881 Pierce St<br>Lakewood, CO 80214 | Acct No:<br>Claim Amount:<br>Claim Number: | XXXXX6260<br>$1,252.20<br>22 | PRIORITY TAX |
| Irs - Us Treasury<br>Po Box 7317<br>Insolvency Ch 13 Colorado<br>Philadelphia, PA 19101-7317 | Acct No:<br>Claim Amount:<br>Claim Number: | XXXXX3916<br>$382.18<br>10 | PRIORITY TAX |
| Bellco Credit Union<br>Attn: Bankruptcy<br>7600 East Orchard Rd<br>Suite 400N<br>Greenwood Village, CO 80111 | Acct No:<br>Claim Amount:<br>Claim Number: | XXXXX1759<br>$792.23<br>20 | SECURED ARREARS |
| Bellco Credit Union<br>Attn: Bankruptcy<br>7600 East Orchard Rd<br>Suite 400N<br>Greenwood Village, CO 80111 | Acct No:<br>Claim Amount:<br>Claim Number: | XXXXX1775<br>$867.76<br>19 | SECURED ARREARS |
| Irs - Us Treasury<br>Po Box 7317<br>Insolvency Ch 13 Colorado<br>Philadelphia, PA 19101-7317 | Acct No:<br>Claim Amount:<br>Claim Number: | XXXXX3916<br>$2,632.31<br>10 | UNSECURED TAX |
| Colorado Dept Of Revenue<br>Attn Bankruptcy Dept Rm 104<br>1881 Pierce St<br>Lakewood, CO 80214 | Acct No:<br>Claim Amount:<br>Claim Number: | XXXXX6260<br>$583.00<br>22 | UNSECURED TAX |

| Creditor | Claim Information | | Classification |
|---|---|---|---|
| Bellco Credit Union<br>Attn: Bankruptcy<br>7600 East Orchard Rd<br>Suite 400N<br>Greenwood Village, CO 80111 | Acct No:<br>Claim Amount:<br>Claim Number: | XXXXX1775<br>$15,210.93<br>19 | DEBT SECURED BY VEHICLE<br>**Paid Outside** |
| Bellco Credit Union<br>Attn: Bankruptcy<br>7600 East Orchard Rd<br>Suite 400N<br>Greenwood Village, CO 80111 | Acct No:<br>Claim Amount:<br>Claim Number: | XXXXX1759<br>$13,281.39<br>20 | DEBT SECURED BY VEHICLE<br>**Paid Outside** |
| Greensky Llc<br>Po Box 2153<br>Dept #3025<br>Birmingham, AL 35287-3025 | Acct No:<br>Claim Amount:<br>Claim Number: | XXXXX7883<br>$11,429.13<br>13 | GENERAL UNSECURED<br>**Paid Outside** |
| Caliber Home Loans<br>Po Box 24330<br>Oklahoma City, OK 73124 | Acct No:<br>Claim Amount:<br>Claim Number: | XXXXX9376<br>$294,341.26<br>14 | ONGOING MORTGAGE<br>**Paid Outside** |

During the claims review, the Trustee found that the following scheduled creditors did not file a proof of claim. The Trustee will make no payments to these creditors.

## Creditors with NO Claim Filed

| **Name of Creditor** | **Claim Information** | | **Classification** |
|---|---|---|---|
| Falk Rocky Mountain<br>Scheduled Creditor | Acct No:<br>Scheduled Amt: | XXXXX0000<br>$1,500.00 | GENERAL UNSECURED<br>Not Filed |
| The Bureaus Inc<br>Scheduled Creditor | Acct No:<br>Scheduled Amt: | XXXXX4522<br>$304.00 | GENERAL UNSECURED<br>Not Filed |
| Green Sky<br>Scheduled Creditor | Acct No:<br>Scheduled Amt: | XXXXX7883<br>$11,780.00 | ONGOING MORTGAGE<br>Paid Outside |

The Trustee finds that all claims bar dates have passed and the above is accurate. The Trustee hereby certifies that L.B.R. 3007-1(b) has been complied with and this report of claims has been submitted to the debtor and debtor's attorney.

Dated: 5/4/2022                                               /s/ Douglas B. Kiel

### CERTIFICATE OF SERVICE

This is to certify that the original has been mailed to the Debtor(s) and a copy was sent by Electronic Transmission to the

Debtor(s) Attorney on 5/4/2022 by Nancy Edwards.

EDWARD ANTHONY ROMERO JR
SARAH ANNE ROMERO
17441 E ARIZONA AVE
AURORA, CO  80017


ROBERSON LAW LLC