# UNITED STATES BANKRUPTCY COURT
## FOR THE Main District of COLORADO

IN RE:  
EDWARD ANTHONY ROMERO, JR  
SARAH ANNE ROMERO

§  
§ CASE NO.  
§ 21-13958-EEB  
§ Chapter 13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| NewRez LLC d/b/a Shellpoint Mortgage Servicing | Caliber Home Loans, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Shellpoint Mortgage Servicing  
P.O. Box 10826 Greenville  
Greenville, SC 29603-0675

Court Claim # (if known): 14  
Amount of Claim: $ 294341.26  
Date Claim Filed: 09/08/2021

Phone: (800)365-7107  
Last Four Digits of Acct #: 9376

Phone: (800) 643-0202  
Last Four Digits of Acct.#: 9376

Name and Address where transferee payments should be sent (if different from above):

Phone:  
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Larry Yip       Date: 4/4/2023

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

UNITED STATES BANKRUPTCY COURT
FOR THE Main District of COLORADO

| | |
|---|---|
| IN RE:<br><br>EDWARD ANTHONY ROMERO, JR<br>SARAH ANNE ROMERO | §<br>§ CASE NO.<br>§ 21-13958-EEB<br>§ Chapter 13 |

### CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before 4/4/2023 via electronic notice unless otherwise stated:

**Debtor**       *Via U.S. Mail*

EDWARD ANTHONY ROMERO, JR
17441 E Arizona Ave
Aurora, CO 80017-4206

SARAH ANNE ROMERO
17441 E Arizona Ave
Aurora, CO 80017-4206

**Debtors' Attorney**
JANE M. ROBERSON
ROBERSON LAW, LLC
PO Box 1077
Denver, CO 80201-1077

**Chapter 13 Trustee**
DOUGLAS B. KIEL
7100 E Belleview Ave Ste 300
Greenwood Village, CO 80111-1637

Respectfully Submitted,

/s/ Rory Liebhart
Rory Liebhart