United States Bankruptcy Court
District of Colorado

In re:  
Edward Anthony Romero, Jr.  
Sarah Anne Romero  
    Debtors

Case No. 21-13958-EEB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 1082-1      User: admin      Page 1 of 2  
Date Rcvd: Apr 05, 2023      Form ID: trc      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 19073990 | + | Caliber Home Loans, Inc., Attn: Cash Operations, PO Box 128, Greenville, SC 29602-0128 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abbey Ulsh Dreher | on behalf of Creditor Caliber Home Loans  Inc. co.ecf@bdfgroup.com |
| David W. Drake | on behalf of Creditor Caliber Home Loans  Inc. co.ecf@bdfgroup.com |
| Douglas B. Kiel | ecfmail@denver13.com |
| Jane M. Roberson | on behalf of Debtor Edward Anthony Romero  Jr. Roberson@JustAskJane.info |
| Jane M. Roberson | on behalf of Debtor Sarah Anne Romero Roberson@JustAskJane.info |
| Paul Kim | on behalf of Creditor Caliber Home Loans  Inc. paulkk@bdfgroup.com |

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 05, 2023 | Form ID: trc | Total Noticed: 1 |

US Trustee
                USTPRegion19.DV.ECF@usdoj.gov

TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

District of Colorado
Case No. 21-13958-EEB
Chapter 13

In re: Debtor(s) (including Name and Address)

Edward Anthony Romero, Jr.  
17441 E. Arizona Ave.  
Aurora CO 80017

Sarah Anne Romero  
17441 E. Arizona Ave.  
Aurora CO 80017

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim(s) listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/04/2023.

Name and Address of Alleged Transferor:

Claim No. 14: Caliber Home Loans, Inc., Attn: Cash Operations, PO Box 128, Greenville, SC 29602

Name and Address of Transferee:

NewRez LLC  
d/b/a Shellpoint Mortgage Servicing  
P.O. Box 10826  
Greenville, SC 29603-0675

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   04/07/23

Kenneth S. Gardner  
**CLERK OF THE COURT**